UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BONNIE S. CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-CV-36 |
| ) | (PHILLIPS) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on Plaintiff's Motion for Judgment on the Pleadings [Doc. 13] and the Commissioner's Motion for Summary Judgment [Doc. 15]. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the motions,

**IT IS ORDERED AND ADJUDGED** that Plaintiff take nothing, and that Plaintiff's social security appeal be **DISMISSED WITH PREJUDICE**.

Dated at Knoxville, Tennessee, this _____ day of March, 2011.

                                                    s/ Patricia L. McNutt
                                                         Clerk of Court